United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| JOSE JUAN GARZA-CABRERA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 7:26-CV-00003 |
| | § | Crim. Action No. 7:24-CR-01886-1 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the May 5, 2026, Report and Recommendation ("R&R") prepared by Magistrate Judge Scott Hacker. (Dkt. No. 10).[1] Judge Hacker made findings and conclusions and recommended that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody, (Dkt. No. 1), be denied, and this civil action be dismissed with prejudice. (Dkt. No. 10).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)     Judge Hacker's R&R, (Dkt. No. 10), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

---

[1]     All docket citations in this Order are to Civil Action No. 7:26-CV-00003.

(2)    Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody, (Dkt. No. 1), is **DENIED**; and

(3)    Petitioner's civil action is **DISMISSED with prejudice**.

It is SO ORDERED.

Signed on May 28, 2026.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**